| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| GREGORY R. DE LA PEÑA, California State Bar No. 126626<br>Email: gdelapena@dlphlaw.com<br>KEITH L. COOPER, California State Bar No. 175741<br>Email: kcooper@dlphlaw.com<br>DE LA PEÑA & HOLIDAY, LLP<br>One Embarcadero Center, Suite 2860<br>San Francisco, CA  94111<br>Telephone: (415) 268-8000 | |
| ATTORNEY(S) FOR: Plaintiff Allen Reeves, III | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ALLEN REEVES, III<br><br>                                     Plaintiff(s),<br>v.<br>PATRICK DRIGGETT, an individual,<br>INVERTED AXIS, INC., , and DOES 1 through 100, inclusive<br>                                     Defendant(s) | CASE NUMBER:<br><br><br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                              Plaintiff Allen Reeves, III
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Professional Virtual Sports, LLC | Claims an ownership interest in and to the property/ intellectual property that is the basis of the dispute as set forth in Plaintiff's Complaint.  May also be a creditor of Defendant Inverted Axis, Inc. |

2/25/15
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Allen Reeves, III